# RETURN OF SERVICE

**State of Indiana**             **County of Southern**              **Court**

Case Number: 1:14-CV-00740-TWP-MJD

Plaintiff:
**Malibu Media LLC**

vs.

Defendant:
**David Grant**

Received by Affordable Process Service Inc. to be served on **David Grant, 51 Rosemere Avenue, Indianapolis, IN 46229**.

I, Heather Roudebush, do hereby affirm that on the **8th day of November, 2014** at **11:45 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Amended Complaint - Action For Damages For Property Rights Infringment with Exhibits** with the date and hour of service endorsed thereon by me, to: **David Grant** at the address of: **51 Rosemere Avenue, Indianapolis, IN 46229**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 58,  Sex: M,  Race/Skin Color: White,  Height: 5'5",  Weight: 155,  Hair: Gray,  Glasses: Y

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

**Heather Roudebush**
Process Server

**Affordable Process Service Inc.**
**5868 East 71st Street**
**Suite E-229**
**Indianapolis, IN 46220**
**(317) 776-0044**
Our Job Serial Number: HLR-2014000552
Ref: SIN54-1