**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                             Civil Action No. 1:14-cv-00740-TWP-MJD

DAVID GRANT,

    Defendant.

_____/

**MOTION FOR ENTRY OF CLERK'S DEFAULT
PURSUANT TO FED.R.CIV.P 55(a)**

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the entry of a default against Defendant, David Grant, for failing to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration in Support of Request for Entry of Default. Attached hereto as Exhibit B is the proposed Entry of Default.

    Dated:  December 16th, 2014

                                                Respectfully submitted,

                                                By:  /s/ *Paul J. Nicoletti*
                                                Paul J. Nicoletti
                                                paul@nicoletti-associates.com
                                                Nicoletti Law, PLC
                                                33717 Woodward Avenue, Suite 433
                                                Birmingham, MI 48009
                                                Phone:  248-203-7800
                                                *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 16th, 2014, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: ___/s/ *Paul J. Nicoletti*___
Paul J. Nicoletti

**Service List**

David Grant
51 Rosemere Avenue
Indianapolis, IN 46229